UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Christine Davis-Byrd,

       Plaintiff,                          Case No. 11-15314

v.                                          Hon. Nancy G. Edmunds

Commissioner of Social Security,

       Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's motion for summary judgment is DENIED, Defendant's motion for summary judgment is GRANTED, and pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is AFFIRMED. It is further ordered that Plaintiff's Ex Parte Motion to Complete the Record on Appeal is DENIED because Plaintiff failed to establish that a remand is warranted under sentence six of 42 U.S.C. § 405(g).

      SO ORDERED.

                                          s/Nancy G. Edmunds
                                          Nancy G. Edmunds
                                          United States District Judge

Dated: February 7, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 7, 2013, by electronic and/or ordinary mail.

                                          s/Carol A. Hemeyer
                                          Case Manager